UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, Individually, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LVP DEPAUL, LLC, a Delaware Limited Liability Company, | ) ) ) Case No.: 4:17-CV-01465-SPM |
| Defendant/Third-Party Plaintiff, | ) ) ) |
| and | ) ) |
| PANERA, LLC, a Delaware Limited Liability Company, | ) ) ) ) |
| Third-Party Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties hereto, and stipulate and agree that the claims of Plaintiff, Fred Nekouee, against Defendant, LVP DePaul, LLC, are hereby dismissed, with prejudice, each party to bear their own costs.

**SO ORDERED.**
**Mar 20, 2019**  /s/ SPM

Respectfully submitted,

MORROW WILLNAUER CHURCH, L.L.C.

By /s/ Jaudon R. Godsey
JAUDON R. GODSEY, (MO #48693)
Morrow Willnauer Church, LLC
500 North Broadway, Suite 1500
St. Louis, MO 63102
Telephone: (314) 282-9800
Fax: (314) 875-9215
Email: jgodsey@mwcattorneys.com

ATTORNEYS FOR DEFENDANT/THIRD-PARTY
PLAINTIFF LVP DEPAUL, LLC

and

_____
Robert J. Vincze, (MO #37687)
LAW OFFICES OF ROBERT J. VINCZE
P.O. Box 792
Andover, KS 67002

and

_____
Lawrence A. Fuller, *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181

ATTORNEYS FOR PLAINTIFF

2